B1 (Official Form 1) (04/13)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**World Marketing Dallas, LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all):<br>**47-1702154** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all): |
| Street Address of Debtor (No. & Street, City, and State):<br>**1301 W. Canal Street<br>Suite 100<br>Milwaukee, WI 53233**<br>ZIP CODE **53233-0000** | Street Address of Joint Debtor (No. & Street, City, and State):<br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>**Milwaukee** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIP CODE |

Location of Principal Assets of Business Debtor (if different from street address above): **8801 Autobahn Dallas, TX 75237-3975**

| Type of Debtor<br>(Form of Organization)<br>(Check **one** box.) | Nature of Business<br>(Check **one** box.) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check **one** box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☑ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☑ Other | ☐ Chapter 7<br>☐ Chapter 9<br>☑ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13<br><br>☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding |

| Chapter 15 Debtors | Tax-Exempt Entity<br>(Check box, if applicable.) | Nature of Debts<br>(Check **one** box) |
|---|---|---|
| Country of debtor's center of main interests:<br><br>Each country in which a foreign proceeding by, regarding, or against debtor is pending: | ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."  ☑ Debts are primarily business debts. |

| Filing Fee (Check one box.) | Check one box: | Chapter 11 Debtors |
|---|---|---|
| ☑ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only).  Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only).  Must attach signed application for the court's consideration. See Official Form 3B. | ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☑ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>**Check if:**<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*<br>----------------------------------------------------<br>**Check all applicable boxes:**<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). | |

**Statistical/Administrative Information**

☑ Debtor estimates that funds will be available for distribution to unsecured creditors.

☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Liabilities

**B1 (Official Form 1) (04/13)**

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☑ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |

B1 (Official Form 1) (04/13)                                                                                                    Page 3

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **World Marketing Dallas, LLC** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) | | |
|---|---|---|
| Location Where Filed:   **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet.) | | |
|---|---|---|
| Name of Debtor: **See Attachment** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

<table>
<tr>
<td><b>Exhibit A</b><br><br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition.</td>
<td><b>Exhibit B</b><br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>X _____<br><span style="margin-left:20px">Signature of Attorney for Debtor(s)      (Date)</span></td>
</tr>
</table>

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?<br><br>☐ Yes, and Exhibit C is attached and made a part of this petition.<br><br>☑ No |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)<br><br>☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.<br><br>If this is a joint petition:<br><br>☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

| **Information Regarding the Debtor - Venue** (Check any applicable box.) |
|---|
| ☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>☑ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.<br><br>☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property** (Check all applicable boxes.) |
|---|
| ☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)<br><br><span style="margin-left:40px">_____</span><br><span style="margin-left:40px">(Name of landlord that obtained judgment)</span><br><br><span style="margin-left:40px">_____</span><br><span style="margin-left:40px">(Address of landlord)</span><br><br>☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and<br><br>☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.<br><br>☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)). |

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **World Marketing Dallas, LLC** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
Date

### Signature of Attorney*

X _____
Signature of Attorney for Debtor(s)
**JEFFREY C. DAN 06242750**
Printed Name of Attorney for Debtor(s)
**Crane, Heyman, Simon, Welch & Clar**
Firm Name
**Suite 3705**
**135 South LaSalle Street**
**Chicago, IL 60603-4297**
Address

**312-641-6777 Fax:312-641-7114**
Telephone Number

_____
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual
**Robert W. Kraft**
Printed Name of Authorized Individual
**President of the Manager of the Debtor's Manager**
Title of Authorized Individual

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose social security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

**B1 (Official Form 1) (04/13)**                                                                                                  **Page 5**

In re    <u>**World Marketing Dallas, LLC**</u>                                                            Case No.    <u>                                        </u>
                                                        Debtor(s)

# FORM 1. VOLUNTARY PETITION

## <u>Pending Bankruptcy Cases Filed Attachment</u>

| <u>Name of Debtor / District</u> | <u>Case No. / Relationship</u> | <u>Date Filed / Judge</u> |
|---|---|---|
| **World Marketing Atlanta, LLC**<br>**Northern District of Illinois** | **15-32975** | **9/28/15 Jacqueline  P. Cox** |
| | Subsidiary of same non-debtor<br>holding company; co-debtor for<br>same secured debt | |
| **World Marketing Chicago, LLC**<br>**Northern District of Illinois** | **15-32968** | **9/28/15 Timothy A. Barnes** |
| | Subsidiary of same non-debtor<br>holding company; co-debtor for<br>same secured debt | |

B1 (Official Form 1)(04/13)                                                                                              Page 3

| Voluntary Petition | Name of Debtor(s): |
| --- | --- |
| *(This page must be completed and filed in every case)* | **World Marketing Dallas, LLC** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X _____
Signature of Attorney for Debtor(s)

**JEFFREY C. DAN  06242750**
Printed Name of Attorney for Debtor(s)

**Crane, Heyman, Simon, Welch & Clar**
Firm Name

**Suite 3705**
**135 South LaSalle Street**
**Chicago, IL 60603-4297**

_____
Address

**312-641-6777  Fax: 312-641-7114**
Telephone Number

**September 28, 2015**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

**Robert W. Kraft**
Printed Name of Authorized Individual

**President of the Manager of the Debtor's Manager**
Title of Authorized Individual

**September 28, 2015**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
### Northern District of Illinois

In re    **World Marketing Dallas, LLC**        Case No. _____
<br>Debtor(s)      Chapter    **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | *Amount of claim [if secured, also state value of security]* |
| AC Printing<br>3400-1 S. Raider Drive<br>Euless, TX 76040 | AC Printing<br>3400-1 S. Raider Drive<br>Euless, TX 76040 | | | 34,718.61 |
| ALG Worldwide Logistics, LLC<br>P.O. Box 66086<br>Chicago, IL 60666-0086 | ALG Worldwide Logistics, LLC<br>P.O. Box 66086<br>Chicago, IL 60666-0086 | | | 38,533.90 |
| Ameritas Life Insurance Corp.<br>P.O. Box 81889<br>Lincoln, NE 68501-1889 | Ameritas Life Insurance Corp.<br>P.O. Box 81889<br>Lincoln, NE 68501-1889 | | | 50,533.29 |
| Bridgeport Capital Funding LLC<br>FBO 24HR<br>P.O. Box 101004<br>Atlanta, GA 30392-1004 | Bridgeport Capital Funding LLC<br>FBO 24HR<br>P.O. Box 101004<br>Atlanta, GA 30392-1004 | | | 39,750.03 |
| Clampitt Paper Company<br>P.O. Box 915018<br>Dallas, TX 75391-5018 | Clampitt Paper Company<br>P.O. Box 915018<br>Dallas, TX 75391-5018 | | | 37,027.08 |
| Continuous Printing Solutions, Inc.<br>8101 Cessna Avenue<br>Gaithersburg, MD 20879 | Continuous Printing Solutions, Inc.<br>8101 Cessna Avenue<br>Gaithersburg, MD 20879 | | | 30,862.00 |
| Direct Energy Business-Dallas<br>P.O. Box 660749<br>Dallas, TX 75266 | Direct Energy Business-Dallas<br>P.O. Box 660749<br>Dallas, TX 75266 | | | 20,622.80 |
| Electronics for Imaging, Inc.<br>P.O. Box 742366<br>Los Angeles, CA 90074-2366 | Electronics for Imaging, Inc.<br>P.O. Box 742366<br>Los Angeles, CA 90074-2366 | | | 27,478.62 |
| Goelzer Ind/env Manufactures<br>201 E. Trinity Blvd.<br>Grand Prairie, TX 75050 | Goelzer Ind/env Manufactures<br>201 E. Trinity Blvd.<br>Grand Prairie, TX 75050 | | | 34,272.79 |

**B4 (Official Form 4) (12/07) - Cont.**

In re   **World Marketing Dallas, LLC**             Case No.  _____

                         Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| InfoSeal, LLC<br>Lockbox #742659<br>P.O. Box 742659<br>Atlanta, GA 30374-2659 | InfoSeal, LLC<br>Lockbox #742659<br>P.O. Box 742659<br>Atlanta, GA 30374-2659 | | | 26,168.82 |
| Label Source Ltd.<br>3134 Skyway Circle S.<br>Irving, TX 75038 | Label Source Ltd.<br>3134 Skyway Circle S.<br>Irving, TX 75038 | | | 32,664.37 |
| MCS Services, Inc.<br>8101 Cessna Ave.<br>Gaithersburg, MD 20879 | MCS Services, Inc.<br>8101 Cessna Ave.<br>Gaithersburg, MD 20879 | | | 51,909.94 |
| Micro Computer Solutions, Inc.<br>8101 Cessna Ave.<br>Gaithersburg, MD 20879 | Micro Computer Solutions, Inc.<br>8101 Cessna Ave.<br>Gaithersburg, MD 20879 | | | 17,100.10 |
| MSI Worldwide Mail<br>P.O. Box 791018<br>Baltimore, MD 21279-1018 | MSI Worldwide Mail<br>P.O. Box 791018<br>Baltimore, MD 21279-1018 | | | 51,790.28 |
| RR Donnelley Logistics<br>P.O. Box 93514<br>Chicago, IL 60673-3514 | RR Donnelley Logistics<br>P.O. Box 93514<br>Chicago, IL 60673-3514 | | | 83,691.69 |
| Staff Force Inc.<br>P.O. Box 203664<br>Dallas, TX 75320-3664 | Staff Force Inc.<br>P.O. Box 203664<br>Dallas, TX 75320-3664 | | | 21,391.95 |
| Tension Envelope Corporation<br>P.O. Box 957218<br>Saint Louis, MO 63195-7218 | Tension Envelope Corporation<br>P.O. Box 957218<br>Saint Louis, MO 63195-7218 | | | 24,158.20 |
| United Parcel Service<br>P.O. Box 7247-0244<br>Philadelphia, PA 19170 | United Parcel Service<br>P.O. Box 7247-0244<br>Philadelphia, PA 19170 | | | 20,088.56 |
| US Postmaster<br>Attn: NCED Accounting<br>2701 E. Imhoff Rd.<br>Norman, OK 73071-1198 | US Postmaster<br>Attn: NCED Accounting<br>2701 E. Imhoff Rd.<br>Norman, OK 73071-1198 | | | 18,050.00 |
| Xerox Corp<br>P.O. Box 802555<br>Chicago, IL 60680-2555 | Xerox Corp<br>P.O. Box 802555<br>Chicago, IL 60680-2555 | | | 55,074.08 |

**B4 (Official Form 4) (12/07) - Cont.**

In re    **World Marketing Dallas, LLC**                                    Case No. _____

                    Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

      I, the President of the Manager of the Debtor's Manager of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date    **September 28, 2015**                    Signature    **/s/ Robert W. Kraft**
                                                                **Robert W. Kraft**
                                                                **President of the Manager of the Debtor's Manager**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

B4 (Official Form 4) (12/07) - Cont.

In re    **World Marketing Dallas, LLC**                                   Case No. _____

                            Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

      I, the President of the Manager of the Debtor's Manager of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date   **September 28, 2015**                 Signature                                

                                         Robert W. Kraft
                                         **President of the Manager of the Debtor's Manager**

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court

## Northern District of Illinois

In re    **World Marketing Dallas, LLC**        ,     Case No. _____

Debtor

Chapter _____ **11**

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **World Marketing Holdings, LLC**<br>**1301 W Canal St.**<br>**Suite 100**<br>**Milwaukee, WI 53233** | **Member** | **100%** | **Membership** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

     I, the President of the Manager of the Debtor's Manager of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date___ **September 28, 2015** _____      Signature **/s/ Robert W. Kraft** _____

                                                     **Robert W. Kraft**

                                                     **President of the Manager of the Debtor's Manager**

     *Penalty for making a false statement or concealing property*:   Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§ 152 and 3571.

___0___ continuation sheets attached to List of Equity Security Holders

# United States Bankruptcy Court
## Northern District of Illinois

In re    World Marketing Dallas, LLC

                                Debtor

Case No. _____

Chapter _____ 11 _____

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address<br>or place of business of holder | Security<br>Class | Number<br>of Securities | Kind of<br>Interest |
|---|---|---|---|
| World Marketing Holdings, LLC<br>1301 W Canal St.<br>Suite 100<br>Milwaukee, WI 53233 | **Member** | **100%** | **Membership** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President of the Manager of the Debtor's Manager of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date_____ **September 28, 2015** _____      Signature_____

                                           Robert W. Kraft
                                           President of the Manager of the Debtor's Manager

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§ 152 and 3571.

___0___ continuation sheets attached to List of Equity Security Holders

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

# United States Bankruptcy Court
## Northern District of Illinois

In re   **World Marketing Dallas, LLC**

Debtor(s)

Case No. _____

Chapter   **11**

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors: _____ **113**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:   **September 28, 2015**

**/s/ Robert W. Kraft**
**Robert W. Kraft/President of the Manager of the Debtor's Manager**
Signer/Title

**United States Bankruptcy Court**
Northern District of Illinois

In re  World Marketing Dallas, LLC                          Case No. _____
                                    Debtor(s)              Chapter   11

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors: _____ 113

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:  September 28, 2015                    _____
                                             Robert W. Kraft/President of the Manager of the Debtor's
                                             Manager
                                             Signer/Title

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

A Truck Express & Logistics, Inc.
4033 Mint Way
Dallas, TX 75237-1603

Armor Maintenance Corp.
20th Century Park III
Suite 200
Irving, TX 75062

ASG Software Solutions, Inc.
4949 Windplay Drive, #100
El Dorado Hills, CA 9576

AC Printing
3400-1 S. Raider Drive
Euless, TX 76040

Bell & Howell, LLC
7049 Solution Center
Chicago, IL 60677-7000

Coast to Coast Computer P
4277 Valley Fari Street
Simi Valley, CA 93063

ADP, Inc.
P.O. Box 842875
Boston, MA 02284-2875

Bitco Insurance Companies
320 18th Street
Rock Island, IL 61201-8744

Communicorp, Inc.
1001 Lockwood Avenue
Columbus, GA 31999

ALG Worldwide Logistics, LLC
P.O. Box 66086
Chicago, IL 60666-0086

Blanks Printing & Imaging
2343 N. Beckley
Dallas, TX 75208

Con-Way Trucking
P.O. Box 5160
Portland, OR 97208-5160

All-Pack Company, Inc.
718 Arrow Grand Circle
Covina, CA 91722

Bridgeport Capital Funding LLC
FBO 24HR
P.O. Box 101004
Atlanta, GA 30392-1004

Continuous Printing Solu
8101 Cessna Avenue
Gaithersburg, MD 20879

Allstate Benefits
Attn: Payment Processing Center
P.O. Box 650514
Dallas, TX 75265-0514

C.R. Cleaning Service
413 Sequoia Rd.
01-90-7830/03-95-7830
Rockwall, TX 75032

Cooper & Moore
10430 Shady Trail, Suite 1
Dallas, TX 75220

Alternative Business Automation
Solution
2000 E. Randoll Mill Rd., Suite 210
Arlington, TX 76011

Canon Financial Services, Inc
14904 Collections Center Drive
Chicago, IL 60693-0149

Crown Packaging
2854 Century St.
Dallas, TX 75220

Ameritas Life Insurance Corp.
P.O. Box 81889
Lincoln, NE 68501-1889

Cero Tech, Inc.
2035 Royal Lane
Dallas, TX 75229

Custom Graphics
5110 Rondo Drive
Fort Worth, TX 76106

Associated Bank, N.A.
330 E. Kilbourn Ave.
Suite 200
Milwaukee, WI 53202

Charter Communications
P.O. Box 790086
Saint Louis, MO 63179-0086

Dallas Knife Works
2970 Blystone, #101
Dallas, TX 75220

AT&T (Amex Paid)
P.O. Box 5019
Carol Stream, IL 60197-5019

Clampitt Paper Company
P.O. Box 915018
Dallas, TX 75391-5018

Dell Financial Services
P.O. Box 6547
Carol Stream, IL 60197-6

Direct Connect Logistix, LLC
P.O. Box 692
Bowling Green, OH 43402-0692

Sequent
P.O. Box 62127
Houston, TX 77205

Sourcing Machines Ga LLC
P.O. Box 709
Hutchins, TX 75141-0709

Direct Energy Business-Dallas
P.O. Box 660749
Dallas, TX 75266

FedEx
P.O. Box 94515
Palatine, IL 60094-4515

InfoSeal, LLC
Lockbox #742659
P.O. Box 742659
Atlanta, GA 30374-2659

Domtar Corporation
P.O. Box 281580
Atlanta, GA 30384-1580

G & C Direct Mail Marketing
1275 Profit Drive
Arlington, TX 75247

Iron Mountain
Off-Site Data Protection
P.O. Box 915026
Dallas, TX 75391-5026

DRI Limited Partnership
P.O. Box 3992
Houston, TX 77253

Gabriel Group
3190 Rider Trail South
Earth City, MO 63045

Jeffrey Olson
688 Penbrook Way
Hartland, WI 53029

Dun & Bradstreet
P.O. Box 75434
Chicago, IL 60675-5434

Gary Kincaid
P.O. Box 1969
Forney, TX 75126

Jerold L. Snyder
24565 Los Adornos
Yorba Linda, CA 92887

Eastman Kodak Company
P.O. Box 640350
Pittsburgh, PA 15264-0350

Goelzer Ind/env Manufactures
201 E. Trinity Blvd.
Grand Prairie, TX 75050

Jesus Solis
2824 Sage Valley Ln
Dallas, TX 75211

Electronics for Imaging, Inc.
P.O. Box 742366
Los Angeles, CA 90074-2366

Grainger
Dept 816464598
P.O. Box 419267
Kansas City, MO 64141-6267

John Sieger
Katten Muchin Rosenman LL
525 W. Monroe
Chicago, IL 60661

Entrust Datacard Corporation
36134 Treasury Center
Chicago, IL 60694-6100

GreatAmerica Financial Service
P.O. Box 660831
Dallas, TX 75266-0837

KBM Group LLC
P.O. Box 951067
Dallas, TX 75395-1067

EQ3 LLC
P.O. Box 46
Argyle, TX 76226

Home Depot Credit Services
Dept 32-2003857657
P.O. Box 183175
Columbus, OH 43218-3175

Label Source Ltd.
3134 Skyway Circle S.
Irving, TX 75038

Essentra
10950 Belcher Road S.
Largo, FL 33777

Hotline Delivery Service
9119 John W. Carpenter
Dallas, TX 75247

Logix Communications
P.O. Box 3608
Houston, TX 77253-3608

Lowe's Business Account    Fields Logistics    McDonnell Logistics
P.O. Box 530970            P.O. Box 102109     P.O. Box 93514
Atlanta, GA 30353-0970     Carrollton, TX 75011-0209    Chicago, IL 60673-3514

MCS Services, Inc.         Parts Now, LLC      Sammamish Data Systems
8101 Cessna Ave.           7384 Solutions Center    P.O. Box 70382
Gaithersburg, MD 20879     Chicago, IL 60677-7003    Bellevue, WA 98005-0382

Micro Computer Solutions, Inc.  PayFlex Systems USA, Inc.    Secure One Data Solution
8101 Cessna Ave.           10802 Farnam Drive    2801 N. 33rd Ave., Suite 1
Gaithersburg, MD 20879     Suite 100           Phoenix, AZ 85009
                           Omaha, NE 68154

Mobile Shred It LLC        PDQ Temporaries Inc.    Sensible Technologies, L
P.O. Box 600835            704 Hunters Row Ct.    12794 Currie Court
Dallas, TX 75360           Mansfield, TX 76063    Livonia, MI 48150

MSI Worldwide Mail         PEI Inc.            Simprint LLC
P.O. Box 791018            1057 Cr 1123        3001 Story Road W
Baltimore, MD 21279-1018   Cleburne, TX 76031    Irving, TX 75038

Multi Packaging Solutions  Penske Truck Leasing Co., LP  Square-One Business Mach L
P.O. Box 5616              P.O. Box 802577     222 W. Las Colinas Blvd
Carol Stream, IL 60197-5616  Chicago, IL 60680-2577    Suite 1650
                                               Irving, TX 75039

Mutual of Omaha            Pitney Bowes, Inc for Supplies  Staff Force Inc.
Payment Processing Center  P.O. Box 371896     P.O. Box 203664
P.O. Box 2147             Pittsburgh, PA 15250-7896    Dallas, TX 75320-3664
Omaha, NE 68103-2147

N J Malin & Associates     PrintXcel           Staples Advantage
15870 Midway Rd.          P.O. Box 644276     Dept ATL
Addison, TX 75001          Pittsburgh, PA 15219    P.O. Box 405386
                                               Atlanta, GA 30384

Nema 3 Electric, Inc.      Progressive Waste Solutions of  Staples Contract & Commel
4181 Old Hyw 67           TX, Inc.            P.O. Box 71928
Midlothian, TX 76065       P.O. Box 650592     Chicago, IL 60694
                           Dallas, TX 75265-0592

Nova Medical Centers       Robert W. Kraft     Steve Addis
P.O. Box 840066           1479 E. Lilac Lane    1961 S. Cobb Industria
Dallas, TX 75284-0066      Milwaukee, WI 53217    Smyrna, GA 30082

Sull Graphics                     Thiele Technologies Northern Division    Western BRW Paper Co
1100 Northmeadow Pkwy            P.O. Box 1702                             P.O. Box 847642
Suite 120                        Golden Valley, MN 55427-6205             Dallas, TX 75284-7642
Roswell, GA 30076


Superior Graphics               Uline                        Xcel Xpress
10440 Brockwood Road            P.O. Box 88741               2450 SW Grapevine Pkwy #2
Dallas, TX 75238                Chicago, IL 60680-1741       Grapevine, TX 76051


Techni-Logic Communications    United Parcel Service         Xerox Corp
12054 Forestgate Drive         P.O. Box 7247-0244            P.O. Box 802555
Dallas, TX 75243               Philadelphia, PA 19170        Chicago, IL 60680-2555


Tension Envelope Corporation    Update Ltd.
P.O. Box 957218                 134 Peavey Circle
Saint Louis, MO 63195-7218      Chaska, MN 55318


Terminix Processing Center      UPS
P.O. Box 742592                 2925 Merrell Rd.
Cincinnati, OH 45274-2592       Dallas, TX 75229


Texas Envelope Co.              US Postmaster
10655 Shady Trail               Attn: NCED Accounting
Dallas, TX 75220                2701 E. Imhoff Rd.
                                Norman, OK 73071-1198


Texas Offset Printing           Wanda Senne
5900 Lovell Ave., Suite A       5668 N. Shores Way
Fort Worth, TX 76107            Acworth, GA 30101-4279


The Harry A Koch Co             Ward Williams
P.O. Box 3875                   849 50th St.
Omaha, NE 68103-0875            Lincoln, NE 68610


Three Z Printing                Web Decisions Group
P.O. Box 782878                 303 Pisgah Church Rd.
Philadelphia, PA 19178-2878     Suite 2A
                                Greensboro, NC 27455


Todd Beja                       Wes Adhesives
539 W. Hickory                  P.O. Box 1368
Hinsdale, IL 60521              Roanoke, TX 76262